UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

MAYABEN NANDUBHAI PATEL,

        Defendant.
_____/

CRIMINAL NO. 10-20682

HONORABLE GEORGE CARAM STEEH

## ORDER OF REMOVAL

In accordance with the stipulation of the parties and upon defendant's waiver of her right to notice and a hearing under Title 8, United States Code, Section 1228(c)(2), and the defendant's stipulation to the entry of a judicial order of removal from the United States as set forth in the Plea Agreement in this matter pursuant to Title 8, United States Code, Section 1228(c)(5), and with the concurrence of the designee of the Assistant Secretary for Immigration and Customs Enforcement:

IT IS ORDERED that the defendant, MAYABEN NANDUBHAI PATEL, alien registration number 200-678-059, be removed and deported from the United States to the country of India, or to any other country as prescribed by the immigration laws and regulations of the United States upon completion of any term of incarceration imposed.

IT IS SO ORDERED.

_____
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: 4/16/12